State v. Dickey

---

STATE OF NORTH CAROLINA v. ALBERT R. DICKEY

No. 8415SC150

(Filed 6 November 1984)

**Criminal Law § 148.1— presumptive sentence—no appeal as of right**
 The Fair Sentencing Act does not allow an appeal of a presumptive sentence as of right. G.S. 15A-1444(a1).

APPEAL by defendant from *Lane, Judge.* Judgment entered 6 May 1983 in Superior Court, ALAMANCE County. Heard in the Court of Appeals 16 October 1984.

*Attorney General Rufus L. Edmisten, by Assistant Attorney General Kaye R. Webb, for the State.*

*Van Camp, Gill & Crumpler, by James R. Van Camp, for the defendant appellant.*

ARNOLD, Judge.

The defendant appeals the imposition of a presumptive sentence pursuant to the Fair Sentencing Act. The Act does not allow appeal of a presumptive sentence as of right. *See* G.S. 15A-1444(a1). The defendant's petition for writ of certiorari is denied and his appeal is dismissed.

Dismissed.

Judges WELLS and HILL concur.